| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>)<br>ENS Medical, P.C., )<br>Atlantic Medical Care, P.C., )<br>Northern Medical Care, P.C., )<br>Queens Medical Diagnostic P.C., )<br>East Coast Medical Care, P.C., )<br>Garden Medical Care, P.C., )<br>Town Medical Care, P.C., )<br>Terrace Medical Care P.C., )<br>Go Medical, P.C., )<br>Omar Ahmed, M.D., )<br>Yong Chi, M.D., )<br>Delys Eva St. Hill, M.D., and )<br>Phyllis Gelb, M.D., )<br>)<br>Defendants. ) | Case No. 23-cv-06937<br><br>Hon. Orelia Merchant<br><br>Magistrate Judge Vera Scanlon |

## STIPULATION AND ORDER

**WHEREAS**, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, the "State Farm Companies") have commenced this action against defendants (1) Omar Ahmed, M.D. ("Dr. Ahmed"), (2) ENS Medical, P.C., Northern Medical Care, P.C., Queens Medical Diagnostic P.C., East Coast Medical Care, P.C., Garden Medical Care, P.C., Terrace Medical Care P.C., and Go Medical, P.C. (collectively, the "Ahmed Entities"), (3) Phyllis Gelb, M.D. ("Dr. Gelb"), and (4) Town Medical Care, P.C. ("Town Medical") (together, the State Farm Companies, Dr. Ahmed, the Ahmed Entities, Dr. Gelb, and Town Medical are referred to collectively as the "Parties"); and

**WHEREAS**, the State Farm Companies filed a motion for a preliminary injunction against

Dr. Ahmed, the Ahmed Entities, Dr. Gelb, and Town Medical on September 19, 2023 (ECF Nos. 2, 3), which is currently pending; and

**WHEREAS**, the Parties have negotiated and executed this Stipulation and are respectfully requesting the Court enter the Stipulation as an Order to preserve the status quo pending final resolution of this action.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, that:

1. All arbitrations pending before the American Arbitration Association ("Arbitrations") and all lawsuits pending in the State courts of New York between Dr. Ahmed, the Ahmed Entities, Dr. Gelb, Town Medical, and any entity they own or control, on the one hand, and the State Farm Companies on the other, seeking no-fault insurance benefits for examinations, extracorporeal shockwave therapy treatment ("Shockwave Therapy"), and/or electromyography ("EMGs") and nerve conduction velocity ("NCVs") tests (EMGs and NCVs collectively, "EDX Tests") shall be stayed until final resolution of this action, and Dr. Ahmed, the Ahmed Entities, Dr. Gelb, Town Medical, and any entity they own or control will take no further action to prosecute such pending lawsuits and arbitrations.

2. Dr. Ahmed, the Ahmed Entities, Dr. Gelb, Town Medical, their employees, agents or assigns and any entity they own or control shall not commence and agree to enjoining the commencement of any new Arbitrations or New York State-court proceedings against the State Farm Companies, seeking no-fault benefits for examinations, Shockwave Therapy and/or EDX Tests until final resolution of this action;

3. The State Farm Companies hereby withdraw their motion for a preliminary injunction (ECF Nos, 2, 3).

4. A copy of this Stipulation and Order may be filed or used by any Party to enforce

its terms, including but not limited to any arbitration or state-court lawsuit seeking the collection of no-fault insurance benefits by the Ahmed Entities, Town Medical, or any entity owned and/or controlled by Dr. Ahmed and/or Dr. Gelb.

**STIPULATED AND AGREED TO BY:**

**KATTEN MUCHIN ROSENMAN, LLP**

By: */s/ Matthew R. Ryan*
Ross O. Silverman (NY Bar No. 41479)
Jonathan L. Marks (NY Bar No. 5462874)
Matthew R. Ryan (admitted *pro hac vice*)
Britt R. DeVaney (admitted *pro hac vice*)
John Frawley (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200
ross.silverman@katten.com
jonathan.marks@katten.com
matthew.ryan@katten.com
britt.devaney@katten.com
john.frawley@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

**KUTNER FRIEDRICH, LLP**

By: */s/ Charles E. Kutner*
Charles E. Kutner
950 Third Avenue, 11th Floor
New York, NY 11050
Phone: (212) 308-0210
ckutneresq@gmail.com

*Attorney for Defendants Omar Ahmed, M.D, ENS Medical, P.C., Atlantic Medical Care, P.C., Northern Medical Care, P.C., Queens Medical Diagnostic P.C., Terrace Medical Care P.C., East Coast Medical Care, P.C., Garden Medical Care, P.C., Go Medical, P.C.*

**ZIMMERMAN LAW, P.C.**

By: */s/ Michael A. Zimmerman*
Michael A. Zimmerman
Naomi Trainer
Michael K. Kelly
315 Walt Whitman Road, Suite 215
Huntington Station, NY 11746
Phone: (631) 415-0900
michael@zimmlaw.com
ntrainer@zimmlaw.com
mkelly@zimmlaw.com

*Attorneys for Defendants Phyllis Gelb, M.D., and Town Medical Care, P.C.*

**SO ORDERED.**

Dated: _____        _____
                                                                                United States District Judge